

## MEMORANDUM **

Gaspar Arroyos–Serna appeals from the district court's judgment and challenges his guilty-plea conviction and 135–month sentence for conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Arroyos–Serna's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arroyos–Serna the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Arroyos–Serna has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Thomas Edward BAYE, Defendant–
Appellant.**

**No. 13–10531.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 25, 2014.*

Filed June 27, 2014.

Megan Rachow, Esquire, Assistant U.S., William Ramsey Reed, Assistant U.S., Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Lauren Diana Gorman, Esquire, Assistant Federal Public Defender, Dan C. Maloney, Esquire, Assistant Federal Public Defender, Federal Public Defender, Reno, NV, for Defendant–Appellant.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

## MEMORANDUM **

Thomas Edward Baye appeals from the district court's judgment and challenges the 144–month sentence imposed following his guilty-plea conviction for bank robbery with a dangerous weapon, in violation of 18

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).